AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| NATHAN PACO | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 13-00701 ACK-RLP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| MARY K. MYERS; ROMAN CATHOLIC CHURCH IN THE STATE OF HAWAII | February 5, 2014<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint filed on December 18, 2013 is DISMISSED, pursuant to the Entering Order filed on February 5, 2014 for failure to timely remit the filing fee within thirty (30) days from the date of the Order Affirming Magistrate Judge's Findings and Recommendation To Deny Plaintiff's Application To Proceed Without Prepayment of Fees, filed on December 26, 2013.

| | |
|---|---|
| February 5, 2014 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by GB |
| | (By) Deputy Clerk |